IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

DAVID YOUNG,                        )
                                    )
                Plaintiff,          )          8:07CV265
                                    )
        v.                          )
                                    )
STUART J. DORNAN, individually)               ORDER
and in his official capacity; )
DOUGLAS COUNTY, NEBRASKA, a    )
political subdivision of the   )
State of Nebraska; CITY OF     )
OMAHA, a political sub-        )
division of the State of       )
Nebraska; JENNA R. JOHNSON;    )
WILLIAM J. JOHNSON; BRIDGETTE )
JOHNSON; SANDRA L. DENTON,      )
individually and in her        )
official capacity; MATTHEW R. )
KAHLER, individually and in    )
his official capacity;         )
JENNIFER THOMPSON,             )
individually and in her        )
official capacity; ANGIE       )
CIRCO, individually and in     )
her official capacity; ALAN    )
REYES, individually and in     )
his official capacity;         )
TERESA NEGRON, individually    )
and in her official capacity; )
JOHN DOE #1, real and true     )
name unknown; JANE DOE #2,     )
real and true name unknown,    )
                                    )
                Defendants.         )
_____)

        This matter is before the Court on plaintiff's motion

for extension of time to respond to motions to dismiss (Filing

No. 25).  The Court finds said motion should be granted.

Accordingly,

IT IS ORDERED that plaintiff's motion is granted;
plaintiff shall have until October 26, 2007, to respond to
defendants' motions to dismiss.

DATED this 1st day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court