IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DAVID YOUNG,                        )
                                    )
            Plaintiff,              )        8:07CV265
                                    )
     v.                             )
                                    )
STUART J. DORNAN, individually)              ORDER
and in his official capacity;  )
DOUGLAS COUNTY, NEBRASKA, a    )
political subdivision of the   )
State of Nebraska; CITY OF     )
OMAHA, a political sub-        )
division of the State of       )
Nebraska; JENNA R. JOHNSON;    )
WILLIAM J. JOHNSON; BRIDGETTE  )
JOHNSON; SANDRA L. DENTON,     )
individually and in her        )
official capacity; MATTHEW R.  )
KAHLER, individually and in    )
his official capacity;         )
JENNIFER THOMPSON,             )
individually and in her        )
official capacity; ANGIE       )
CIRCO, individually and in     )
her official capacity; ALAN    )
REYES, individually and in     )
his official capacity;         )
TERESA NEGRON, individually    )
and in her official capacity;  )
JOHN DOE #1, real and true     )
name unknown; JANE DOE #2,     )
real and true name unknown,    )
                               )
            Defendants.        )
_____)
```

This matter is before the Court on the withdrawal of Derek Vaughn (Filing No. 27). Pursuant thereto,

IT IS ORDERED that Derek Vaughn is permitted to withdraw as counsel for defendants.

DATED this 1st day of October, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court