IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. YOUNG, | ) | 8:07CV265 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| V. | ) | |
| | ) | |
| STUART J. DORNAN, individually and in his official capacity; DOUGLAS COUNTY, NEBRASKA, A political subdivision of the State of Nebraska; CITY OF OMAHA, A political subdivision of the State of Nebraska; JENNA R. JOHNSON; WILLIAM J. JOHNSON; BRIDGETTE JOHNSON; SANDRA L. DENTON, individually and in her official capacity; MATTHEW R. KAHLER, individually and in his official capacity; JENNIFER THOMPSON, individually and in her official capacity; ANGIE CIRCO, individually and in her official capacity; ALAN REYES, individually and in his official capacity; TERESA NEGRON, individually and in her official capacity; JOHN DOE #1, real and true name unknown; JANE DOE #1, real and true name unknown | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 35).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Tuesday, November 20, 2007, at 9:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska,, to establish a final progression order for this case. The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 8th day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court