IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID YOUNG, ) | | |
| ) | | |
| Plaintiff, ) | | 8:07CV265 |
| ) | | |
| v. ) | | |
| ) | | |
| STUART J. DORNAN, individually ) | | ORDER |
| and in his official capacity; ) | | |
| DOUGLAS COUNTY, NEBRASKA, a ) | | |
| political subdivision of the ) | | |
| State of Nebraska; CITY OF ) | | |
| OMAHA, a political sub- ) | | |
| division of the State of ) | | |
| Nebraska; JENNA R. JOHNSON; ) | | |
| WILLIAM J. JOHNSON; BRIDGETTE ) | | |
| JOHNSON; SANDRA L. DENTON, ) | | |
| individually and in her ) | | |
| official capacity; MATTHEW R. ) | | |
| KAHLER, individually and in ) | | |
| his official capacity; ) | | |
| JENNIFER THOMPSON, ) | | |
| individually and in her ) | | |
| official capacity; ANGIE ) | | |
| CIRCO, individually and in ) | | |
| her official capacity; ALAN ) | | |
| REYES, individually and in ) | | |
| his official capacity; ) | | |
| TERESA NEGRON, individually ) | | |
| and in her official capacity; ) | | |
| JOHN DOE #1, real and true ) | | |
| name unknown; JANE DOE #2, ) | | |
| real and true name unknown, ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

This matter is before the Court after conference with counsel. The Court will rule on pending motions prior to scheduling trial. Another planning conference will be held at that time. Accordingly,

IT IS ORDERED that progression of this matter is stayed pending the Court's ruling on pending motions. The parties may proceed with discovery as appropriate.

DATED this 21st day of November, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court