IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DAVID YOUNG,                     )
                                 )
          Plaintiff,             )     8:07CV265
                                 )
     v.                          )
                                 )
STUART J. DORNAN, individually   )     ORDER
and in his official capacity;    )
DOUGLAS COUNTY, NEBRASKA, a      )
political subdivision of the     )
State of Nebraska; CITY OF       )
OMAHA, a political sub-          )
division of the State of         )
Nebraska; JENNA R. JOHNSON;      )
WILLIAM J. JOHNSON; BRIDGETTE    )
JOHNSON; SANDRA L. DENTON,       )
individually and in her          )
official capacity; MATTHEW R.    )
KAHLER, individually and in      )
his official capacity;           )
JENNIFER THOMPSON,               )
individually and in her          )
official capacity; ANGIE         )
CIRCO, individually and in       )
her official capacity; ALAN      )
REYES, individually and in       )
his official capacity;           )
TERESA NEGRON, individually      )
and in her official capacity;    )
JOHN DOE #1, real and true       )
name unknown; JANE DOE #2,       )
real and true name unknown,      )
                                 )
          Defendants.            )
_____ )
```

This matter is before the Court on plaintiff David Young's motion to amend his complaint pursuant to Fed. R. Civ. P. 15 (Filing No. 49). On December 12, 2007, this Court entered an order granting Jennifer Thompson's motion for summary judgment (*See* Filing No. 48). Inasmuch as the proposed amendments to Young's complaint relate solely to his allegations against Thompson, and the proposed amendments do not alter the Court's

conclusion that Jennifer Thompson should be dismissed as a party defendant to this action, the Court finds that the motion to amend should be denied.  Accordingly,

IT IS ORDERED that plaintiff's motion for leave to amend his complaint (Filing No. 49) is denied as moot.

DATED this 18th day of December, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court