IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DAVID YOUNG,                         )
                                     )
                Plaintiff,           )    8:07CV265
                                     )
        v.                           )
                                     )
STUART J. DORNAN, individually)           ORDER
and in his official capacity; )
DOUGLAS COUNTY, NEBRASKA, a   )
political subdivision of the  )
State of Nebraska; CITY OF    )
OMAHA, a political sub-       )
division of the State of      )
Nebraska; JENNA R. JOHNSON;   )
WILLIAM J. JOHNSON; BRIDGETTE )
JOHNSON; SANDRA L. DENTON,    )
individually and in her       )
official capacity; MATTHEW R. )
KAHLER, individually and in   )
his official capacity;        )
JENNIFER THOMPSON,            )
individually and in her       )
official capacity; ANGIE      )
CIRCO, individually and in    )
her official capacity; ALAN   )
REYES, individually and in    )
his official capacity;        )
TERESA NEGRON, individually   )
and in her official capacity; )
JOHN DOE #1, real and true    )
name unknown; JANE DOE #2,    )
real and true name unknown,   )
                                     )
                Defendants.          )
_____)
```

This matter is before the Court on plaintiff's motions requesting an extension of response dates (Filing Nos. 92 and 95). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED that plaintiff shall have until July 23, 2008, to respond to the motions to compel.

DATED this 21st day of July, 2008.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court