IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. YOUNG, | ) | Case No. 8:07-cv-00265 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STUART J. DORNAN, individually and in his official capacity; DOUGLAS COUNTY, NEBRASKA A political subdivision of the State of Nebraska; CITY OF OMAHA, A political subdivision of the State of Nebraska; JENNA R. JOHNSON; WILLIAM J. JOHNSON; BRIDGETTE JOHNSON; SANDRA L. DENTON, individually and in her official capacity; MATTHEW R. KAHLER, individually and in his official capacity; JENNIFER THOMPSON, individually and in her official capacity; ANGIE CIRCO, individually and in her official capacity; ALAN REYES, individually and in his official capacity; TERESA NEGRON, individually and in her official capacity; JOHN DOE #1, real and true name unknown; JANE DOE #1, real and true name unknown | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NOTICE TO TAKE DEPOSITION |
| Defendants. | ) | |

THE ABOVE NAMED PARTIES will take notice that on the 10th day of April, 2009, the Plaintiff, by and through his attorney, Thomas J. Young, will take the deposition of Angie Circo, sundry witness to be used as evidence on the trial of the above-entitled cause at the City of Omaha Law Department, 1819 Farnam Street, Omaha, Nebraska commencing at the hour of 9:00 o'clock a.m. on said day. The method by which said testimony shall be recorded

is by stenographic means and the taking of said deposition will be adjourned from day to day until it is completed.

                                   DAVID J. YOUNG, Plaintiff,

                          By: /s/ *Thomas J. Young*
                                Thomas J. Young   #14645
                                2433 South 130th Circle
                                Omaha, NE 68144
                                Tel: (402) 330-3700

                                 ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on March 24, 2009, I electronically filed a Notice to Take Deposition with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following: Douglas L. Phillips, Kristin M. Lynch, and Alan M. Thelen and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

                                /s/ *Thomas J. Young*
                                Thomas J. Young