IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. YOUNG, | ) | Case No. 8:07-cv-00265 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STUART J. DORNAN, individually and in his official capacity; DOUGLAS COUNTY, NEBRASKA A political subdivision of the State of Nebraska; CITY OF OMAHA, A political subdivision of the State of Nebraska; JENNA R. JOHNSON; WILLIAM J. JOHNSON; BRIDGETTE JOHNSON;  SANDRA L. DENTON, individually and in her official capacity; MATTHEW R. KAHLER, individually and in his official capacity; JENNIFER THOMPSON, individually and in her official capacity; ANGIE CIRCO, individually and in her official capacity; ALAN REYES, individually and in his official capacity; TERESA NEGRON, individually and in her official capacity; JOHN DOE #1, real and true name unknown; JANE DOE #1, real and true name unknown | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | NOTICE REGARDING DEPOSITION |
| | ) | |
| Defendants. | ) | |

The undersigned does hereby advise the parties and the Court that the depositions of Leigh Ann Retelsdorf, Teresa Negron, Alan Reyes, Jennifer Thompson and Angie Circo which were previously scheduled during the week of April 6, 2009 were canceled as counsel for the Plaintiff was in the hospital.  Said depositions will need to be rescheduled.

DAVID J. YOUNG, Plaintiff,

By: /s/ *Thomas J. Young*
    Thomas J. Young    #14645
    2433 South 130th Circle
    Omaha, NE 68144
    Tel: (402) 330-3700

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2009, I electronically filed a Notice Regarding Depositions with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following: Douglas L. Phillips, Kristin M. Lynch, and Alan M. Thelen and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

/s/ *Thomas J. Young*
Thomas J. Young