IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DAVID YOUNG,                          )
                                      )
              Plaintiff,              )        8:07CV265
                                      )
       v.                             )
                                      )
STUART J. DORNAN, individually)                 ORDER
and in his official capacity; )
DOUGLAS COUNTY, NEBRASKA, a   )
political subdivision of the  )
State of Nebraska; CITY OF    )
OMAHA, a political sub-       )
division of the State of      )
Nebraska; JENNA R. JOHNSON;   )
SANDRA L. DENTON,             )
individually and in her       )
official capacity; MATTHEW R. )
KAHLER, individually and in   )
his official capacity;        )
ANGIE CIRCO, individually and )
in her official capacity; ALAN)
REYES, individually and in    )
his official capacity;        )
TERESA NEGRON, individually   )
and in her official capacity; )
JOHN DOE #1, real and true    )
name unknown; JANE DOE #1,    )
real and true name unknown,   )
                                      )
              Defendants.             )
_____)
```

This matter is before the Court on a motion for extension (Filing No. 137) to extend deadlines in the final progression order. Plaintiff's counsel and counsel for the other defendants have no objection. The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED:

1) Defendants City of Omaha, Angie Circo, Alan Reyes and Teresa Negron have until June 1, 2009, to disclose their expert witnesses.

      2) Said defendants have until July 1, 2009, to file Daubert motions.

      DATED this 4th day of May, 2009.

                      BY THE COURT:

                      /s/ Lyle E. Strom

                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court