```
              IN THE UNITED STATES DISTRICT COURT

                  FOR THE DISTRICT OF NEBRASKA

DAVID YOUNG,                    )
                                )
               Plaintiff,       )         8:07CV265
                                )
          v.                    )
                                )
STUART J. DORNAN, individually  )         ORDER
and in his official capacity;   )
DOUGLAS COUNTY, NEBRASKA, a     )
political subdivision of the    )
State of Nebraska; CITY OF      )
OMAHA, a political sub-         )
division of the State of        )
Nebraska; JENNA R. JOHNSON;     )
SANDRA L. DENTON,               )
individually and in her         )
official capacity; MATTHEW R.   )
KAHLER, individually and in     )
his official capacity;          )
ANGIE CIRCO, individually and   )
in her official capacity; ALAN  )
REYES, individually and in      )
his official capacity;          )
TERESA NEGRON, individually     )
and in her official capacity;   )
JOHN DOE #1, real and true      )
name unknown; JANE DOE #1,      )
real and true name unknown,     )
                                )
               Defendants.      )
_____)
```

This matter is before the Court on defendants Stuart Dornan, Matthew Kahler, and Douglas County, Nebraska's (the "County Defendants") motion to stay discovery (Filing No. 145), the County Defendants' amended motion to stay discovery (Filing No. 146), plaintiff David Young's motion to continue/deny the motions for summary judgment of the defendants Stuart J. Dornan, Sandra L. Denton, Matthew R. Kahler and Douglas County, Nebraska (Filing No. 153), plaintiff's motion to extend the brief date for responding to the County Defendants' motion for summary judgment

(Filing No. 158), and plaintiff's motion to extend brief date of plaintiff to County Defendants' motion for summary judgment (Filing No. 160).  Upon review of the motions, the briefs and evidentiary submissions of the parties, and the applicable law, the Court finds that the amended motion to stay discovery should be denied, that the plaintiff's motion to continue the County Defendants' motion for summary judgment should be granted, and that each of the other motions should be denied as moot. Accordingly,

    IT IS ORDERED:

    1) The County Defendants' amended motion to stay discovery (Filing No. 146) is denied;

    2) Plaintiff's motion to continue/deny the motions for summary judgment of the defendants Stuart J. Dornan, Sandra L. Denton, Matthew R. Kahler and Douglas County, Nebraska (Filing No. 153) is granted in part; plaintiff shall have until July 24, 2009 to file his response to the County Defendants' motion for summary judgment (Filing No. 142); the County Defendants shall have until July 31, 2009 to reply to the plaintiff's opposition; the motion is denied in all other respects;

    3) The County Defendants' motion to stay discovery (Filing No. 145), and plaintiff's motions to extend the brief date

for responding to the County Defendants' motion for summary judgment (Filing Nos. 158, 160) are denied as moot.

DATED this 25th day of June, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court