IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV265 |
| | ) | |
| v. | ) | |
| | ) | |
| STUART J. DORNAN, individually | ) | ORDER |
| and in his official capacity; | ) | |
| DOUGLAS COUNTY, NEBRASKA, a | ) | |
| political subdivision of the | ) | |
| State of Nebraska; CITY OF | ) | |
| OMAHA, a political sub- | ) | |
| division of the State of | ) | |
| Nebraska; JENNA R. JOHNSON; | ) | |
| SANDRA L. DENTON, | ) | |
| individually and in her | ) | |
| official capacity; MATTHEW R. | ) | |
| KAHLER, individually and in | ) | |
| his official capacity; | ) | |
| ANGIE CIRCO, individually and | ) | |
| in her official capacity; ALAN | ) | |
| REYES, individually and in | ) | |
| his official capacity; | ) | |
| TERESA NEGRON, individually | ) | |
| and in her official capacity; | ) | |
| JOHN DOE #1, real and true | ) | |
| name unknown; JANE DOE #1, | ) | |
| real and true name unknown, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on defendants' motion to extend deadline (Filing No. 163) for motions challenging the qualifications of an expert or the admissibility of testimony of an expert witness under Rule 702 (*Daubert* motions) from July 1, 2009, to August 15, 2009. The Court finds that the motion should be granted. Accordingly,

IT IS ORDERED that the defendants shall have until August 15, 2009, to file *Daubert* motions.

DATED this 1st day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court