IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DAVID YOUNG,                        )
                                    )
              Plaintiff,            )         8:07CV265
                                    )
         v.                         )
                                    )
STUART J. DORNAN, individually      )         ORDER
and in his official capacity;       )
DOUGLAS COUNTY, NEBRASKA, a         )
political subdivision of the        )
State of Nebraska; CITY OF          )
OMAHA, a political sub-             )
division of the State of            )
Nebraska; JENNA R. JOHNSON;         )
SANDRA L. DENTON,                   )
individually and in her             )
official capacity; MATTHEW R.       )
KAHLER, individually and in         )
his official capacity;              )
ANGIE CIRCO, individually and       )
in her official capacity; ALAN      )
REYES, individually and in          )
his official capacity;              )
TERESA NEGRON, individually         )
and in her official capacity;       )
JOHN DOE #1, real and true          )
name unknown; JANE DOE #1,          )
real and true name unknown,         )
                                    )
              Defendants.           )
_____)
```

This matter is before the Court on plaintiff's motion to dismiss defendant Teresa Negron (Filing No. 167). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Teresa Negron is dismissed with prejudice as a defendant in this action.

DATED this 2nd day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court