IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV265 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY, NEBRASKA, a | ) | ORDER |
| political subdivision of the | ) | |
| State of Nebraska; CITY OF | ) | |
| OMAHA, a political sub- | ) | |
| division of the State of | ) | |
| Nebraska; JENNA R. JOHNSON; | ) | |
| SANDRA L. DENTON, | ) | |
| individually and in her | ) | |
| official capacity; MATTHEW R. | ) | |
| KAHLER, individually and in | ) | |
| his official capacity; | ) | |
| ANGIE CIRCO, individually and | ) | |
| in her official capacity; ALAN | ) | |
| REYES, individually and in | ) | |
| his official capacity; | ) | |
| JOHN DOE #1, real and true | ) | |
| name unknown; JANE DOE #1, | ) | |
| real and true name unknown, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend deadline (Filing No. 170) for filing a motion to challenge the qualifications of experts and/or the admissibility of designated expert witnesses.  The Court notes defendants have no objection.  Accordingly,

IT IS ORDERED that the plaintiff shall have until August 15, 2009, to file challenge the qualifications of experts and/or the admissibility of designated expert witnesses.

DATED this 24th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

-2-