IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV265 |
| | ) | |
| v. | ) | |
| | ) | |
| DOUGLAS COUNTY, NEBRASKA, a political subdivision of the State of Nebraska; CITY OF OMAHA, a political subdivision of the State of Nebraska; JENNA R. JOHNSON; SANDRA L. DENTON, individually and in her official capacity; MATTHEW R. KAHLER, individually and in his official capacity; ANGIE CIRCO, individually and in her official capacity; ALAN REYES, individually and in his official capacity; JOHN DOE #1, real and true name unknown; JANE DOE #1, real and true name unknown, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on plaintiff's motion to extend deadline (Filing No. 173) for filing an opposition to the motion for summary judgment of the Douglas County defendants. Accordingly,

IT IS ORDERED that the plaintiff shall have until July 31, 2009, to file an opposition to the Douglas County Defendants' motion for summary judgment.

DATED this 28th day of July, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court