IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID YOUNG,  )<br>  )<br>      Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>CITY OF OMAHA, a political  )<br>sub-division of the State of  )<br>Nebraska; JENNA R. JOHNSON;  )<br>ANGIE CIRCO, individually and  )<br>in her official capacity; ALAN )<br>REYES, individually and in  )<br>his official capacity;  )<br>JOHN DOE #1, real and true  )<br>name unknown; JANE DOE #1,  )<br>real and true name unknown,  )<br>  )<br>      Defendants.  )<br>_____) | 8:07CV265<br><br><br>ORDER |

    This matter is before the Court on plaintiff's withdrawal of designation of expert witness (Filing No. 206) and his brief (Filing No. 207) in response to defendants City of Omaha, Angie Circo and Alan Reyes' motion in limine (Filing No. 190).  The Court will consider Todd Murphy as having been withdrawn as a witness for plaintiff.  Therefore, defendants' motion in limine will be denied as moot.  Accordingly,

    IT IS ORDERED:

    1) Plaintiff's withdrawal of designation of expert witness Todd Murphy is granted;

2) Defendants' motion in limine (Filing No. 190) is denied as moot.

DATED this 8th day of September, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court