IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
DAVID YOUNG,                     )
                                 )
                Plaintiff,       )       8:07CV265
                                 )
         v.                      )
                                 )
CITY OF OMAHA, a political       )       ORDER
sub-division of the State of     )
Nebraska; JENNA R. JOHNSON;      )
ANGIE CIRCO, individually and    )
in her official capacity; ALAN   )
REYES, individually and in       )
his official capacity;           )
JOHN DOE #1, real and true       )
name unknown; JANE DOE #1,       )
real and true name unknown,      )
                                 )
                Defendants.      )
_____)
```

This matter is before the Court on plaintiff's motions to extend brief date of plaintiff to the motions for summary judgment of the City of Omaha defendants and of the defendant Jenna Johnson (Filing Nos. 219 and 220). Accordingly,

IT IS ORDERED that Filing No. 219 is denied as moot; Filing No. 220 is granted. Plaintiff shall have until October 19, 2009, to file a brief in response to the motions for summary judgment of the City of Omaha and Jenna Johnson.

DATED this 15th day of October, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court