```
            IN THE UNITED STATES DISTRICT COURT

              FOR THE DISTRICT OF NEBRASKA

DAVID YOUNG,                  )
                              )
            Plaintiff,        )           8:07CV265
                              )
       v.                     )
                              )
JENNA R. JOHNSON,             )           ORDER
                              )
            Defendant.        )
_____)
```

IT IS ORDERED that trial in this matter is scheduled for:

**Monday, January 25, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 5th day of January, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court