IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID YOUNG, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV265 |
| | ) | |
| v. | ) | |
| | ) | |
| JENNA R. JOHNSON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court after the parties announced the case had been settled prior to the trial scheduled for January 25, 2010. To date, no settlement papers have been filed. Accordingly,

IT IS ORDERED that the parties shall show cause in writing, no later than May 24, 2010, why trial should not be rescheduled.

DATED this 17th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court