IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID J. YOUNG, | ) | Case No. 8:07-cv-00265 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JENNA R. JOHNSON, | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW the Plaintiff and in response to this Court's Order to Show Cause

(filing no. 245) advises the Court that the draft settlement agreement, as of this date, has not

been agreed to by the parties and therefore no settlement documents have been executed.  If

further information becomes available, I will communicate such information to the Court.

DATED this 21st day of May, 2010.

DAVID J. YOUNG, Plaintiff,

By:  /s/ *Thomas J. Young*

Thomas J. Young   #14645
2433 South 130th Circle
Omaha, NE 68144
Tel: (402) 330-3700

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2010, I electronically filed Plaintiff's Response to Order to Show Cause with the Clerk of the United States District Court using the CM/ECF system which sent notification of such filing to the following: Douglas L. Phillips and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: None.

/s/ *Thomas J. Young*

Thomas J. Young