IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID J. YOUNG,<br><br>　　　　Plaintiff,<br>vs.<br><br>JENNA R. JOHNSON,<br><br>　　　　Defendant. | CASE NO. 8:07-cv-00265<br><br>**DEFENDANT'S RESPONSE TO ORDER TO SHOW CAUSE** |

　　　COMES NOW Defendant, Jenna Johnson, by her undersigned counsel, and states that it is anticipated that plaintiff's counsel will have signed settlement documents from defendant by the end of this week.

**KLASS LAW FIRM, L.L.P.**

1

Respectfully submitted,

_____
Douglas L. Phillips
KLASS LAW FIRM, L.L.P.
Mayfair Center, Upper Level
4280 Sergeant Road, Suite 290
Sioux City, IA  51106
phillips@klasslaw.com
WWW.KLASSLAW.COM
712/252-1866
712/252-5822 fax
ATTORNEYS FOR DEFENDANT
JENNA JOHNSON

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Douglas L. Phillips    phillips@klasslaw.com, augustine@klasslaw.com,
                       bartels@klasslaw.com

Thomas J. Young    tyoung@tconl.com

_____
Douglas L. Phillips