IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

DAVID YOUNG,                      )
                                  )
                 Plaintiff,       )            8:07CV265
                                  )
            v.                    )
                                  )
JENNA R. JOHNSON,                 )                ORDER
                                  )
                 Defendant.       )
_____)


          This matter is before the Court on the joint

stipulation for dismissal with prejudice (Filing No. 249).  The

Court finds the motion should be granted.  Accordingly,

          IT IS ORDERED that the stipulation is approved and

adopted; this action is dismissed with prejudice, each party to

pay its own costs and attorney fees.

          DATED this 12th day of August, 2010.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court